Rachel B. Abrams (SBN 209316)
Meghan McCormick (SBN 283853)
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, California, 94104
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: rabrams@levinsimes.com
Email: mmccormick@levinsimes.com

Ernest Cory (Will Seek Admission *Pro Hac Vice*)
Kristian W. Rasmussen (Will Seek Admission *Pro Hac Vice*)
Lauren S. Miller (Will Seek Admission *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200; Facsimile: (205) 324-7896
Email: ecory@corywatson.com; krasmussen@corywatson.com; lmiller@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TED BARNEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER INC. and ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendants. | IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>Master Case No. 3:16-MD-02691-RS<br>MDL No. 2691<br><br>Case No.: 3:16-cv-04272<br><br>[~~PROPOSED~~] ORDER SHORTENING TIME |

The Stipulated Request for an Order Shortening Time is GRANTED.  It is hereby ORDERED that Plaintiff's Motion to Stay will be heard on October 14, 2016, at 9:00 a.m. Responses to Plaintiff's Motion to Stay are due October 10, 2016.  Replies are due October 12, 2016.

**IT IS SO ORDERED.**

Dated: 9/30/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE